IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| TROY DAVIS, | : | PRISONER CIVIL RIGHTS |
| TYRONE HULT, | : | 42 U.S.C. § 1983 |
| INMATES OF THE | : | |
| DEPARTMENT OF | : | FILED IN CHAMBERS |
| CORRECTIONS FOR THE STATE | : | THOMAS W. THRASH JR. |
| OF GEORGIA, | : | U. S. D. C.  Atlanta |
| Plaintiffs, | : | JUL  8 2010 |
| | : | |
| v. | : | JAMES N. HATTEN, Clerk |
| | : | By: _____ Deputy Clerk |
| THE DEPARTMENT OF | : | CIVIL ACTION NO. |
| CORRECTIONS FOR THE STATE | : | 1:10-CV-1800-TWT |
| OF GEORGIA, | : | |
| Defendants. | : | |

**ORDER and OPINION**

Plaintiffs, prisoners in the State of Georgia and in Washington, D.C., have filed this action without prepayment of the filing fee or an application to proceed in forma pauperis. (Doc. No. 1.) For the reasons discussed below, this action shall be dismissed without prejudice.

Under the Prison Litigation Reform Act ("PRLA") it is proper for a district court to dismiss a civil action brought by multiple inmates. Hubbard v. Haley, 262 F.3d 1194, 1198 (11th Cir. 2001). In order to allow for independent 28 U.S.C. § 1915A frivolity determinations to be made concerning each individual Plaintiff, and

to insure that each Plaintiff pays the full filing fee, the Court will dismiss this action without prejudice, and Plaintiffs must refile separate complaints.[1]

**IT IS THEREFORE ORDERED** that the instant civil rights complaint is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to send, to each Plaintiff who has provided his individual address to the Court, a form civil rights complaint, a financial affidavit, and a copy of this Order.

**IT IS SO ORDERED**, this 8 day of July, 2010.

*/s/ Thomas W. Thrash*
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Because the complaint is unclear and falls far short of Fed. R. Civ. P. 8's requirement of plainly stating each claim for relief, the Court does not direct the Clerk of Court to open separate civil actions for each plaintiff at this time.

2